# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| GEORGE M.T. ADAMS, | ) | |
| | ) | |
| Petitioner, | ) | C/A No.: 3:11-31 DCN |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANTHONY PADULA, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court pursuant to petitioner's Motion to Alter Judgment. This motion was filed on March 28, 2012. After reviewing the motion and the response in opposition filed by respondent, it is therefore

**ORDERED**, that petitioner's Motion to Alter Judgment is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

July 18, 2012
Charleston, South Carolina